UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARCIA MILLER KATZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09cv1059 (LMB/TRJ) |
| | ) | |
| ALLIED INTERSTATE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Sands Anderson Marks & Miller, P.C. and its attorneys Paige A. Levy and Tania M.L. Saylor (collectively, the "SAMM Attorneys"), hereby move the Court to withdraw as counsel of record for Defendant Allied Interstate, Inc. ("Allied"). Support for this motion is the following:

1. This case was filed in August 18, 2009, in Arlington County Circuit Court. Defendant removed this case to this Court. Discovery is set to close on February 12, 2010. A trial date has not yet been set.

2. On September 18, 2009 the SAMM Attorneys entered an appearance for Allied, by filing a Notice of Removal, Answer and Grounds of Defense and Financial Disclosure Statement.

3. No prejudice will result to either Plaintiff or Allied, as in-house counsel for Allied has advised that the following attorney will note and enter his appearance in this case, and be substituted as counsel in place of the SAMM Attorneys:

Robert R. Musick (VSB No. 48601)
ThompsonMcMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, VA 23219
804.649.7545 Main
804.698.5924 Direct
804.780.1813 Facsimile
bmusick@t-mlaw.com

**WHEREFORE**, Sands Anderson Marks & Miller, P.C. and its attorneys Paige A. Levy and Tania M.L. Saylor ask that the Court enter an Order granting leave to withdraw as counsel of record for Defendant Allied Interstate, Inc.

DATED:   November 30, 2009               Respectfully submitted,

                                         SANDS ANDERSON MARKS & MILLER
                                         A Professional Corporation


                                                /s/ Paige A. Levy
                                         Paige A. Levy (VSB No. 39093)
                                         plevy@sandsanderson.com
                                         Tania M. L. Saylor (VSB No. 65904)
                                         tsaylor@sandsanderson.com
                                         1497 Chain Bridge Road, Suite 202
                                         McLean, VA 22101
                                         (703) 893-3600
                                         (703) 893-8484 (fax)

                                         **Counsel for Allied Interstate, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2009, I will electronically file the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Craig Dean Katz, Esquire
>cdkatzlaw@aol.com
>1875 Eye Street, N.W., Suite 500
>Washington, DC 20006
>Telephone: (202) 223-8585
>*Counsel for Plaintiff*

and that a copy of the motion was sent by first class mail to:

>Robert R. Musick
>*Thompson*McMullan, P.C.
>100 Shockoe Slip
>Third Floor
>Richmond, VA 23219
>804.649.7545 Main
>804.698.5924 Direct
>804.780.1813 Facsimile
>bmusick@t-mlaw.com

>/s/ Paige A. Levy
>Paige A. Levy (VSB No. 39093)
>plevy@sandsanderson.com
>Tania M. L. Saylor (VSB No. 65904)
>tsaylor@sandsanderson.com
>1497 Chain Bridge Road, Suite 202
>McLean, VA 22101
>(703) 893-3600
>(703) 893-8484 (fax)
>
>**Counsel for Allied Interstate, Inc.**